AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF MASSACHUSETTS _____

UNITED STATES OF AMERICA

### V.

LANA SOUZA
25 CARVER ROAD
PLYMOUTH, MA

## CRIMINAL COMPLAINT

CASE NUMBER: 03M – 1137-JGD

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief.  On or about _____10/1/1998 to 3/1/2002_____ in _____ Plymouth _____ county, in the

_____ District of _____ Massachusetts _____ defendant(s) did, (Track Statutory Language of Offense)

embezzle, steal, purloin or knowingly convert to her own use money of the United States, to wit:  approximately $34, 318.50
in Title II disability insurance benefits,

in violation of Title ____18____ United States Code, Section(s) _____ 641 _____ .

I further state that I am a(n) _____ Special Agent, OI/OIG/SSA _____ and that this complaint is based on the following
Official Title

facts:

See attached affidavit of Special Agent Jason Donnelly

Continued on the attached sheet and made a part hereof:       ☒ Yes       ☐ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

10-17-2003 _____ at       Boston, Massachusetts
Date                                                              City and State

Judith Gail Dein
U.S. Magistrate Judge                                      Signature of Judicial Officer
Name & Title of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.