UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. |
| ) | |
| v. ) | VIOLATIONS: |
| ) | 18 U.S.C. § 641 -- |
| ) | Theft of Government |
| LANA SOUZA ) | Property |

INFORMATION  04 CR 10125 NG

COUNT ONE:    (18 U.S.C. § 641 -- Theft of Government Property)

The United States Attorney charges that:

From on or about October 1, 1998, through on or about March 1, 2002, at Plymouth, in the District of Massachusetts,

LANA SOUZA,

defendant herein, pursuant to a common scheme and plan, embezzled, stole, purloined and knowingly converted to her own use, money exceeding $1,000.00 belonging to the United States and a department and agency thereof, to wit: Social Security benefits to which she was not entitled.

All in violation of Title 18, United States Code, Section 641.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Donald L. Cabell
DONALD L. CABELL
Assistant U.S. Attorney

Date: April 15, 2004