UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 04-10125-NG |
| | ) | |
| v. | ) | |
| | ) | |
| LANA SOUZA | ) | |

**MOTION TO SCHEDULE PLEA HEARING**

The defendant has agreed to plead to the Information previously filed in this case.  The United States of America, by and through its attorneys United States Attorney Michael J. Sullivan and Assistant United States Attorney Donald L. Cabell, hereby moves that the court schedule a plea hearing at the earliest practicable date.

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN

                    United States Attorney

BY:  /s/Donald L. Cabell
      Donald L. Cabell
      Assistant U.S. Attorney
      One Courthouse Way, Suite 9200
      Boston, MA 02210
      (617) 748-3105