```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
         v.                 )    CR. NO. 04-10125-NG
                            )
LANA SOUZA                  )
```

**GOVERNMENT'S ASSENTED-TO MOTION TO CONTINUE PLEA HEARING**

The United States of America, by and through its attorneys United States Attorney Michael J. Sullivan and Assistant United States Attorney Donald L. Cabell, hereby moves with the defendant's assent that the Court continue the plea hearing, presently scheduled for February 1, 2006, to another date. In support of the motion, the undersigned AUSA states that he is presently on trial before the Honorable Patti B. Saris in the matter of <u>United States v. Monteiro</u>, Cr. No. 03-10329.  The trial, along with trial related and personal family obligations, would make it unduly difficult for the undersigned AUSA to attend the hearing.  Counsel have discussed the matter and both believe it would be more practical to continue the hearing to another date rather than have another AUSA stand in for the undersigned AUSA.  Accordingly, the defendant assents to the motion to continue the plea hearing, and agrees that any time is excludable for purposes of the Speedy Trial Act.

```
                    Respectfully submitted,
                    MICHAEL J. SULLIVAN
                    United States Attorney


               BY:  /s/Donald L. Cabell
                    Donald L. Cabell
                    Assistant U.S. Attorney
                    One Courthouse Way, Suite 9200
                    Boston, MA 02210
                    (617) 748-3100
```