UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 04-10125-NG |
| v. | ) | VIOLATION |
| | ) | 18 U.S.C. §641 |
| LANA SOUZA | ) | THEFT OF GOVERNMENT PROPERTY |

## WAIVER OF INDICTMENT

Defendant Lana Souza, after having been advised of the nature of the felony charge in this proceeding, and of her rights, hereby waives in open court prosecution by indictment and consents that this proceeding may be by information instead of by indictment.

_____
LANA SOUZA

_____
Charles P. McGinty, Esq.
Attorney for Defendant

Date: February 27, 2006