UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 04-10125-NG |
| | ) |
| LANA SOUZA | ) |
| | ) |

<u>ASSENTED-TO MOTION TO CONTINUE DISPOSITION</u>

Defendant Lana Souza, by her counsel, respectfully moves to continue the disposition in this matter, now scheduled for June 14, 2006, for two weeks.  As grounds for this motion, undersigned counsel states that he needs the additional time to prepare for disposition of this matter.

The United States, by Assistant United States Attorney Donald L. Cabell, has no objection to this motion.

                              LANA SOUZA
                              By his attorney,

                              /s/ Charles P. McGinty

                              Charles P. McGinty
                                B.B.O. #333480
                              Federal Defender Office
                              408 Atlantic Avenue, 3rd Floor
                              Boston, MA  02110
                              Tel: 617-223-8061

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 12, 2006.

                              /s/ Charles P. McGinty

                              Charles P. McGinty