1

```
 1                 UNITED STATES DISTRICT COURT

 2               FOR THE DISTRICT OF MASSACHUSETTS

 3

 4

 5      UNITED STATES        )    CR. NO. 04-10125-NG

 6      VS.                  )    COURTROOM NO. 2

 7      LANA SOUZA           )    1 COURTHOUSE WAY

 8                                BOSTON, MA   02210

 9

10                     FINDINGS OF FACT

11

12                       JUNE 29, 2006

13                         2:29 P.M.

14

15

16

17

18          BEFORE THE HONORABLE NANCY GERTNER

19            UNITED STATES DISTRICT COURT JUDGE

20

21

22

23

24                     VALERIE A. O'HARA

25                   OFFICIAL COURT REPORTER
```

```
 1   A P P E A R A N C E S:

 2       United States Attorney's Office, by DONALD L. CABELL,
     ASSISTANT UNITED STATES ATTORNEY, One Courthouse Way,
 3   Suite 9200, Boston, Massachusetts  02210, for the United
     States;
 4
         Federal Defender's Office, by CHARLES P. McGINTY, ESQ.,
 5   408 Atlantic Avenue, Boston, Massachusetts  02110, for the
     Defendant.
 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1      THE COURT:  Please stand, Ms. Souza.  I'm going to
2 sentence you to a term of probation for two years.  You
3 shall make restitution in the amount of $34,318.50.  Your
4 lawyer will look into that.  Obviously we don't take money
5 from a stone or blood from a stone, which is your ability to
6 pay will have something to do with that, but I'm obliged to
7 make this as part of the sentence.
8      The restitution I'm obliged to say shall be paid
9 immediately or according to a repayment schedule.  Payment
10 shall be made to the Clerk of the Court for transfer to the
11 Social Security Administration.  You're to notify the U.S.
12 Attorney for any change of mailing or residence address that
13 occurs while any portion of the restitution remains unpaid,
14 no fine.  While you're on probation, you're not to commit
15 another federal, state or local crime.  I don't think that
16 will be a problem.  You're to refrain from any unlawful use
17 of a controlled substance.  You'll submit to drug tests
18 within 15 days of placement on probation, two periodic drug
19 tests thereafter, not to exceed 104 tests per year as
20 directed by probation.
21      I do not impose the DNA requirement so long as
22 Judge Keeton's decision stands.  You're to comply with the
23 standard conditions of probation, and, in addition, you're
24 prohibited from possessing a firearm or other dangerous
25 weapon.  You're prohibited from incurring new credit charges

1  or opening additional lines of credit during the period of
2  probation without the approval of the office while any of
3  the financial obligations remain outstanding.
4          You just talk to them about what you're doing, and
5  they'll understand.  You're to provide access to financial
6  information which could be shared with the financial
7  litigation unit of the U.S. Attorney's Office.  You're not
8  to consume any alcoholic beverages and you're to participate
9  in a mental health treatment program as directed by
10 probation.  You may be required to contribute according to
11 your ability to pay or the availability of a third-party
12 payment.
13         Again --
14         MR. McGINTY:  I'm sorry, not to consume any
15 alcoholic beverages?
16         THE COURT:   Right.
17         MR. McGINTY:  Ordinarily to excess.
18         PROBATION OFFICER:  The standard condition is to
19 excess, and not to consume any is a special condition,
20 whether you wanted to impose that or not.
21         MR. McGINTY:  I hardly think this is a case for a
22 complete prohibition.
23         THE COURT:   Okay.  We'll add to excess, not to
24 consume any alcoholic beverages to excess.  Probation,
25 you'll be dealing with the probation officer if that needs

1   to be tightened up, you could determine that during the
2   course of probation.  As I said, you're to participate in a
3   mental health treatment program and you shall pay a special
4   assessment of $100 which shall be due immediately.  You have
5   a right to appeal, and your lawyer will let you know what
6   that consists of.  No interest on the restitution because of
7   the inability to pay.  Thank you very much.
8                              - - - -
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25