Prob12B
(7/93)

# United States District Court
## for the District of Massachusetts



### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Lana Souza                    **Case Number:** 04-CR-10125

**Name of Sentencing Judicial Officer:** Honorable Nancy Gertner

**Date of Original Sentence:** 6/29/06

**Original Offense:** Theft of Government Property

**Original Sentence:** Two years Probation

**Type of Supervision:** Probation                  **Date Supervision Commenced:** 6/29/06

---

### PETITIONING THE COURT

[ ]   To extend the term of supervision for years, for a total term of years
[X]   To modify the conditions of supervision as follows:

**The defendant is to participate in a program for substance abuse as directed by the United States Probation Office, which program may include testing to determine whether the defendant has reverted to the use of drugs or alcohol. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third party payment.**

**The defendant is prohibited from consuming any alcoholic beverages**

### CAUSE

On 7/3/06, the defendant reported to the Probation Office and tested positive for cocaine. She denied drug use and refused to sign a Waiver of Hearing to Modify her conditions to include a requirement that she participate in substance abuse testing and treatment as directed by the Probation. The specimen was forwarded to the laboratory for further analysis.

On 7/26/06, the defendant reported to the Probation Office to meet with this writer. When questioned about the drug test submitted on 7/3/06, she initially stated that she had been "packaging cocaine" for some people which may have caused the positive drug result; she subsequently admitted that she had used cocaine on 6/28/06, the day prior to her sentencing. She stated that she had not used drugs since her sentencing. After submitted to a drug test which was positive for cocaine, she admitted that she had used cocaine on 7/21/06.

Upon further inquiry the defendant admitted that she had been using cocaine every weekend while on pre-trial supervision and that she sometimes packaged cocaine for people she knew; she refused to provide this writer with their names.

Prob 12B                                                   - 2 -                              **Request for Modifying the**
                                                                                              **Conditions or Terms of Supervision**
                                                                                              **with Consent of the Offender**

She further stated that she used cocaine most weekends from 1992 to 1994, and from 1999 to 2005.

The defendant admits that she consumes alcohol prior to her cocaine use, the Probation Office recommends that the defendant be prohibited from consuming any alcoholic beverages.

By signing the attached Waiver of Hearing form on this date, the defendant has agreed to these modifications to her conditions of Probation.

Respectfully submitted,

By _____
Martin Flynn
Officer-in-Charge
Date: 7/26/06

**THE COURT ORDERS**
[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[ ]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Honorable Nancy Gertner,
U.S. District Judge

9/26/06
Date

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant is to participate in a program for substance abuse as directed by the United States Probation Office, which program may include testing to determine whether the defendant has reverted to the use of drugs or alcohol. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third party payment.**

**The defendant is prohibited from consuming any alcoholic beverages**

Witness: _____    Signed: x _____
U.S. Probation Officer                Probationer or Supervised Releasee

_____
7/26/06
DATE