AO 442  (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

UNITED STATES OF AMERICA

V.

Lana Souza

**WARRANT FOR ARREST**

Case Number: 04CR10125-NG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Lana Souza__
                                                           Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complain  ☐ Order of court  x Violation  ☐ Probation Violation Petition

charging him or her     (brief description of offense)

Violations of Conditions of Release.

in violation of _____ United States Code, Section(s) _____

Maryellen Molloy
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Signature of Issuing Officer

9/28/06
Date and Location

WARRANT EXECUTED BY USMS
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON __2/22/07__

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |